# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 16-MJ-827 JSM |
| LUIS ANGEL GARCIA | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about November 14, 2016, in Stearns County, in the State and District of Minnesota, defendant

   possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance,

   in violation of Title 21, United States Code, Section(s) 841(a)(1) & 841(b)(1)(A).

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:

   SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
*Complainant's signature*

Mark Rosborg, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/15/16

_____
*Judge's Signature*

City and State: Minneapolis, MN

Janie S. Mayeron, U.S. Magistrate Judge
*Printed Name and Title*

SCANNED
NOV 15 2016
U.S. DISTRICT COURT MPLS

STATE OF MINNESOTA )
) ss. AFFIDAVIT OF MARK ROSBORG
COUNTY OF HENNEPIN )

16-MJ-827 JSM

Your Affiant, Mark Rosborg, being duly sworn, states the following:

1. I make this affidavit in support of a criminal complaint for Luis Angel GARCIA, charging him with possession with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A).

2. I am a Special Agent with the Drug Enforcement Administration (DEA), and have been since April of 2015. As a narcotics investigator your affiant has received training and experience in undercover operations, the manufacture, packaging, distribution, and importation of controlled substances, as well as in physical and electronic surveillance techniques. My primary responsibilities as a narcotics investigator have included conducting investigations of street level to upper-level narcotics traffickers.

3. The facts and information contained in this affidavit are based upon my personal knowledge of the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this complaint. It is not intended to include each and every fact and matter observed by me or known to the government.

4. On November 14, 2016, I received information that a person driving a black, late model Mercedes, with temporary plates likely originating from a car dealership in California, would be in St. Cloud, Minnesota, with a large quantity of methamphetamine. That same day, myself and other law enforcement officers began checking hotels in St. Cloud, and located a vehicle matching that description at a Hampton Inn, located at 145 37th Avenue North, in St. Cloud. The temporary dealer plates indicated they were from Fusion Motors, in Moreno Valley, California.

5. I spoke with hotel staff at the Hampton Inn. There was a single hotel guest from California. That guest had arrived at the hotel on November 12, 2016, and registered under the name Luis GARCIA, and provided an address of XXXX Partridge Avenue, in Los Angeles, California. GARCIA was staying in Room 327 of the Hampton Inn.

6. On November 14, 2016, I obtained state search warrants for Room 327 of the Hampton Inn and the Mercedes. The warrants were signed by the Honorable Kris Davick-Halfen, Stearns County District Court Judge.

7. The warrant for the hotel room was executed on November 14, 2016, at approximately 4:20 p.m. Agents knocked and announced, but nobody came to the door. The door was forced open. The sole occupant, identified as Luis Angel GARCIA, was in the bathroom when agents entered the room. He was ordered out of the bathroom, and secured. The room was searched. Ten Ziploc baggies containing a substance which field

tested positive for methamphetamine were found in the toilet. Next to the toilet was a duffel bag which contained a loaded Glock 9 millimeter handgun, serial number WYK601, with a round in the chamber. The duffel bag also contained clothing items and a scale. The ten packages of methamphetamine weighed a total of approximately 13 pounds.

8. The serial number for the firearm was run through the National Crime Information Center, and found to be stolen in March 2016, in Inglewood, California.

9. Based on the foregoing, there is probable cause to believe that on or about November 14, 2016, Luis Angel GARCIA possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)

Further Your Affiant sayeth not.

Mark Rosborg
DEA Special Agent

SUBSCRIBED and SWORN to before me

This 16th day of November, 2016

The Honorable Janie S. Mayeron
United States Magistrate Judge

3